October 21, 2011

Mr. Donald Colleluori
Figari & Davenport, LLP
901 Main Street, Suite 3400
Dallas, TX 75202-3796

Mr. Craig T. Enoch
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701
Ms. Elizabeth Bloch
Brown McCarroll, LLP
111 Congress Ave., Suite 1400
Austin, TX 78701-4093

RE: Case Number: 10-0389
 Court of Appeals Number: 05-08-01492-CV
 Trial Court Number: 04-04344-L

Style: KOUROSH HEMYARI AND UNION VALLEY RANCH, L.P.
 v.
 GARY BEN STEPHENS, STEPHENS GROUP, L.P., AND STEPHENS GROUP II, L.P.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |
| |Mr. Aaron Daniel |
| |Day |